UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOMINIQUE B.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 2:18-CV-294-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

BEFORE THE COURT is the Report and Recommendation issued by United States Magistrate Judge John T. Rodgers on November 6, 2018, ECF No. 6, recommending that the Court transfer Plaintiff Dominque B.'s[1] to the United States District Court for the District of Idaho, where venue is appropriate in light of Plaintiff's residence in Kootenai County, Idaho. Neither party objected to the Report and Recommendation during the time allowed.

---

[1] In the interest of protecting Plaintiff's privacy, the Court uses Plaintiff's first name and last initial.

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

After reviewing the Report and Recommendation and relevant authorities, the Court finds that the Magistrate Judge's findings are correct. Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 6**, is **ADOPTED** in its entirety.

2. This matter shall be **TRANSFERRED** to the District of Idaho.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** December 7, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge